UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
BOARD OF TRUSTEES of the LOCAL UNION 373
UNITED ASSOCIATION OF JOURNEYMEN AND          Index: 08 CIV 5039 (CLB)(MDF)
APPRENTICES OF THE PLUMBING AND
PIPEFITTING INDUSTRY LOCAL 373 BENEFIT FUNDS          ECF CASE


                        Plaintiffs,          **RULE 7.1**

    -against-

EDWARD J. BEHRENS PLUMBING & HEATING INC.,

                        Defendant.

------------------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant certifies that there are no corporate parents, subsidiaries, or affiliates of the Defendant.


Dated: White Plains, NY
       July 5, 2008

                                           S/ <u>Douglas H. Taub, Esq</u>.
                                           Douglas H. Taub (DT 6398)
                                           BRITT & TAUB, PLLC
                                           *Attorneys for Defendant*
                                           149 Grand Street, Suite 3D
                                           White Plains, New York  10601
                                           (914) 948-3354
                                           dtaub@rcn.com