UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
BOARD OF TRUSTEES of the LOCAL UNION 373
UNITED ASSOCIATION OF JOURNEYMEN AND                Index: 08 CIV 5039 (CLB)(MDF)
APPRENTICES OF THE PLUMBING AND
PIPEFITTING INDUSTRY LOCAL 373 BENEFIT FUNDS        ECF CASE


                        Plaintiffs,        **AFFIRMATION OF SERVICE**

    -against-

EDWARD J. BEHRENS PLUMBING & HEATING INC.,

                        Defendant.

------------------------------------------------------------------------x

    I, Phaedra Britt, Esq., am an attorney admitted practice law in the Courts of the State of New York, and I declare under penalty of perjury that I have served a copy of the attached ANSWER upon Karin Arrospide, Esq., BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC, Attorneys of the Plaintiff, whose address is 258 Saw Mill River Road, Elmsford, New York 10523, on July 5, 2008, by Overnight Express Mail, by depositing a copy of the Answer, enclosed in a post-paid, properly addressed wrapper, within an official depository under the exclusive care and custody of the United States Postal Service.

Dated:  White Plains, NY
        July 5, 2008

                                            S/  Phaedra Britt
                                            Britt & Taub, PLLC
                                            149 Grand Street, Suite 3D
                                            White Plains, New York  10601
                                            (914) 948-3354
                                            pbrittesq@rcn.com