# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

BOARD OF TRUSTEES OF THE LOCAL UNION 373
UNITED ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING AND
PIPEFITTING INDUSTRY LOCAL 373
BENEFIT FUNDS,

                                Plaintiffs,

-against-                                                     08 Civ. 5039 (CLB)

**SUBSTITUTION OF ATTORNEY**

EDWARD J. BEHRENS PLUMBING & HEATING INC.,

                                Defendants.

-------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Emily A. Roscia, Esq. is hereby substituted as counsel of record.

Dated:  Elmsford, New York
           August 11, 2008

                                               Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC

                                               By: _____
                                               Emily A. Roscia, Esq. (ER 3649)
                                               258 Saw Mill River Road
                                               Elmsford, New York 10523
                                               (914) 592-1515

**SO ORDERED:**

_____
**HONORABLE JUDGE CHARLES L. BRIEANT, U.S.D.J.**

F:\LEGAL\373 COLLECTIONS\373 v. Behrens\Substitution of Attorney.doc