# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

BOARD OF TRUSTEES OF THE LOCAL UNION 373
UNITED ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING AND
PIPEFITTING INDUSTRY LOCAL 373
BENEFIT FUNDS,

                                        Plaintiffs,

            -against-                                            08 Civ. 5039 (CS)

                                                                 **SUBSTITUTION OF**
                                                                 **ATTORNEY**

EDWARD J. BEHRENS PLUMBING & HEATING INC.,

                                        Defendants.

---------------------------------------------------------------x

PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Emily A. Roscia, Esq. is hereby substituted as counsel of record.


Dated:  Elmsford, New York
        August 11, 2008


                                    Barnes, Iaccarino, Virginia, Ambinder &
                                    Shepherd, PLLC

                            By: _____
                                    Emily A. Roscia, Esq. (ER 3649)
                                    258 Saw Mill River Road
                                    Elmsford, New York 10523
                                    (914) 592-1515


SO ORDERED:

_____                    DATED: 8/20/08
HONORABLE JUDGE CHARLES L. BRIEANT, U.S.D.J.
              CATHY SEIBEL

F:\LEGAL\373 COLLECTIONS\373 v. Behrens\Substitution of Attorney.doc

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

BOARD OF TRUSTEES OF THE LOCAL UNION 373
UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES
OF THE PLUMBING AND PIPEFITTING INDUSTRY LOCAL 373
BENEFIT FUNDS,

Plaintiffs,

   -against-

08 Civ. 5039 (CLB)

<strong>AFFIDAVIT<br>PURSUANT TO<br>LOCAL CIVIL<br>RULE 1.4</strong>

EDWARD J. BEHRENS PLUMBING & HEATING INC.,

Defendants.

----------------------------------------------------------------------x

STATE OF NEW YORK      )
                           ) ss.:
COUNTY OF WESTCHESTER   )

Emily A. Roscia, Esq., being duly sworn, deposes and says:

1.     I am a member of the bar of this Court and am associated with the firm Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, the attorneys of record for the Plaintiffs, Board of Trustees of the Local Union 373 United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry Local 373 Benefit Funds. I am fully familiar with the facts set forth herein, and submit this Affidavit with the annexed Substitution of Attorney pursuant to Local Civil Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York.

2.     Karin Arrospide, Esq., who was counsel of record for Plaintiffs in this action, is no longer associated with this firm, and I have been assigned as the attorney for this matter.

3.    The Complaint was filed on June 2, 2008.  The Initial Conference is scheduled for

September 5, 2008 at 9:15 AM.

WHEREFORE, Plaintiffs respectfully request that the annexed Substitution of Attorney

be granted.


Dated:  Elmsford, New York
        August 13, 2008

Emily A. Roscia, Esq. (ER 3649)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515



Sworn to before me this 13 day of
August, 2008



Notary Public

WENDELL V. SHEPHERD
Notary Public, State of New York
No. 31-4902931
F:\L373 Collections\Bohr Qualified in New York County
Commission Expires January 1, 20___
March 1, 2010